UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 14-1729-DOC (ANx)                                            Date: March 12, 2015

Title: CHRIS LANGER V. GREGORY M. KELLY

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
           None Present                                                        None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: MOTION FOR SUMMARY JUDGMENT [12]**

Before the Court is Defendant Gregory Kelly's Motion for Summary Judgment (Dkt. 12). Defendant filed this motion on March 3, 2015, four months after the filing of the Complaint (Dkt. 1), and prior to the initial scheduling conference or meaningful discovery. A scheduling conference is currently set for April 3, 2015 (Dkt. 17).

This is a suit under the American Disabilities Act. Defendant, in his motion, claims that Plaintiff lacks standing. To support his arguments, Defendant relies on allegedly undisputed facts arguing that the documents are either "documents of which this Court can take judicial notice and/or not reasonably subject to debate." Joint 26(f) Report (Dkt. 14) at 3. Plaintiff disputes this, and seeks to have his expert conduct a physical inspection as well as conduct Mr. Kelly's deposition. Opposition and Request for Denial or Continuance Under Rule 56(d) ("Opp'n") (Dkt. 15) at 4. Defendant argues that Plaintiff should have or has already conducted the inspection (Dkt. 16), has chosen not to substantively respond to its motion, and strenuously take the position that this litigation is a "sham" (Dkt. 14).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 14-1729-DOC (ANx)　　　　　　　　　　　　　　　　　　Date: March 12, 2015

Page 2

　　　　The Court finds Defendant has not shown that the Motion is ripe for hearing. The facts on which it relies are not all judicially noticeable and the Plaintiff should be afforded an opportunity for additional discovery. Fed. R. Civ. P. 56(d).

　　　　Defendant is further advised that, for judicial economy reasons, this Court normally does not hear multiple motions for summary judgment from the same party in a case and usually hears all motions for summary judgment only on the motion cut-off date.

　　　　The Motion is therefore DENIED WITHOUT PREJUDICE. Defendant may refile the Motion after the scheduling conference, but not before the discovery cut-off date.

　　　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk:  djg
CIVIL-GEN